# EXHIBIT A

# DuBose Miller

ATTORNEYS AT LAW
75 14TH STREET N.E., SUITE 2110 • ATLANTA, GEORGIA 30309
TELEPHONE 404.720.8111 • FACSIMILE 404.921.9557 • WWW.DUBOSEMILLER.COM

August 11, 2017

**BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Mr. Mike Boyce, Chairman
Cobb County Board of Commissioners
100 Cherokee Street
Marietta, GA 30090

Mr. Bob Weatherford
Cobb County Board of Commissioners
100 Cherokee Street
Marietta, GA 30090

Mr. Bob Ott
Cobb County Board of Commissioners
100 Cherokee Street
Marietta, GA 30090

Ms. JoAnn Birrell
Cobb County Board of Commissioners
100 Cherokee Street
Marietta, GA 30090

Ms. Lisa Cupid
Cobb County Board of Commissioners
100 Cherokee Street
Marietta, GA 30090

Mr. Rob Hosack
Cobb County Manager
100 Cherokee Street
Marietta, GA 30090

Ms. Deborah Dance
Cobb County Attorney
100 Cherokee Street
Marietta, GA 30090

Ms. Pamela Mabry
Cobb County Clerk
100 Cherokee Street
Marietta, GA 30090

> Re:  Claim of Neghasi Middleton (a minor) and Tahiranhana Williams (parent) Cobb County Police Department Officer involved shooting which occurred on Nellie Court, Mableton, Georgia on November 6, 2016
>
> **Subject Matter:** (1) Ante Litem Notice of Claim Pursuant to O.C.G.A. §36-11-1; and (2) Request for Insurance Information Pursuant to O.C.G.A. §33-3-28

Dear Commissioners, Mr. Hosack and Ms. Dance:

Please be advised that I have been retained by Neghasi Middleton (a minor) and Tahiranhana Williams, his mother, to represent them in their claims against Cobb County, the Cobb County Police Department, and its employees and representatives. Neghasi Middleton suffered serious injuries after being shot from behind, while unarmed and without justification, by Officer James Caleb Elliott of the Cobb County Police Department on November 6, 2016. The shooting occurred in the middle of the street on Nellie Court in Mableton, Georgia. The bullet tore through Neghasi's leg, causing him to suffer physical injury, and extreme pain and suffering, as well as emotional and psychological damages.

At all relevant times, Officer Elliott was employed by and acting on behalf of Cobb County.

This letter serves as formal *ante litem* notice pursuant to O.C.G.A. § 36-11-1 of negligence claims, by Neghasi Middleton and Tahiranhana Williams, as well as assault and battery claims, intentional infliction of emotional distress claims individually and as parent and natural guardian of her minor son, Neghasi Middleton.

Cobb County was responsible in whole or in part for the injury to Neghasi Middleton. As the Board of Commissioners is responsible for the day to day operation of Cobb County, including the Cobb County Police department, and for appointing the Chief of Police, as well as for adopting and implementing rules and regulations for employees of Cobb County, including Cobb County Police officers.

Neghasi suffered injuries to his left leg when the bullet shot by Officer Elliott struck him. The use of deadly force by Officer Elliott was not warranted under the circumstances, nor justified by law.

Cobb County had actual knowledge as a result of complaints filed by residents, that officers, including Officer Elliott, were using excessive force in violation of constitutional protections under the United States and State of Georgia Constitutions, as well as the Cobb County Code for police officers.

In spite of these complaints, Cobb County failed to take reasonable steps to sanction Officer Elliott or officers, or to ensure that they were adequately trained in constitutional use of force.

As a direct and proximate result of Officer Elliott's malicious and intentional conduct, and your negligence in hiring and failing to adequately supervise, sanction, and train him, my client has suffered severe and permanent injuries. Additionally, Neghasi has incurred substantial medical expenses, which currently exceed $31,000.00 (bill enclosed), and are continuing. This amount will be supplemented upon receipt of additional outstanding medical bills.

Neghasi has additionally suffered psychological injuries which are also ongoing and for which he is receiving treatment. While making a demand is difficult at this time due to Neghasi's ongoing treatment and uncertain prognosis, my clients have authorized me to make a demand for settlement in the amount of $1,000,000.00 at this time.

Non-economic damages, admittedly, are more difficult to delineate. Juries consider countless variables such as the victim's age, experience in life, lifestyle before and after the incident and of course, past, present and future pain and suffering. Indeed, it is also difficult to know the amount of punitive damages a jury might award for your officer's willful and wanton actions taken against a child. Accordingly, this demand may change given Neghasi's ongoing medical treatment and other variables.

2

Please make a note of this *ante litem* notice and the claims I am submitting on behalf of my clients. Please have a representative of your office contact me at your earliest convenience to discuss this matter further.

Additionally, in accordance with O.C.G.A. §33-3-28(a)(2), please identify, within 30 days of your receipt of this letter, the name of each known insurer which may be liable for my client's loss by sending a letter including such information to my attention.

Finally, please preserve any and all documents, records, physical evidence, photographs, witness statements and any other evidence relevant to Officer Elliott and the shooting of Neghasi Middleton on November 6, 2016.

Thank you for your consideration.

Sincerely,

Tanya F. Miller
Attorney for Neghasi Middleton and Tahiranhana Williams

cc: Pamela Mabry (pamela.mabry@cobbcounty.org)