UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NEGHASI MIDDLETON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION |
| | * | NO. 1:18-CV-05099-MHC |
| JAMES CALEB ELLIOTT, | * | |
| Individually and in his official | * | |
| Capacity as an officer of COBB | * | |
| COUNTY POLICE DEPARTMENT | * | |
| | * | |
| Defendant. | * | |
| | * | |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW, Laura J. Murphree (hereinafter "Counsel"), defense counsel in the above-styled action, and, pursuant to L.R. 83.1(E)(3), hereby petitions the Court for a leave of absence from June 3, 2019 through June 7, 2019 for personal vacation and attending the State Bar of Georgia Board of Gov. meeting.

For the foregoing reasons, Counsel respectfully requests that the Court grant her Motion for Leave of Absence from June 3, 2019 through June 7, 2019. For the Court's convenience, a proposed Order is attached hereto.

1

**CERTIFICATE OF TYPE STYLE**

This document was prepared using Times New Roman 14 point font.

Respectfully submitted, this 22nd day of April, 2019.

                                              By:   */s/Laura J. Murphree*
                                                      LAURA J. MURPHREE
                                                      Senior Associate County Attorney
                                                      State Bar No. 408501

100 Cherokee Street, Suite 350
Marietta, GA 30090
770-528-4000 (phone)
770-528-4010 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| NEGHASI MIDDLETON, | * | |
|---|---|---|
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION |
| | * | NO. 1:18-CV-05099-MHC |
| JAMES CALEB ELLIOTT, | * | |
| Individually and in his official | * | |
| Capacity as an officer of COBB | * | |
| COUNTY POLICE DEPARTMENT | * | |
| | * | |
| Defendant. | * | |
| | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the Motion for Leave of Absence with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Tanya F. Miller
> Dubose Miller
> 75 14th NE, Suite 2110
> Atlanta, Georgia 30309
>
> Subodh Chandra
> The Chandra Law Building
> 1265 W. 6th St., Suite 400
> Cleveland, Ohio 44113-1326

This 22nd day of April, 2019.

By: */s/Laura J. Murphree*
LAURA J. MURPHREE
Senior Associate County Attorney
State Bar No. 408501

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)