IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| NEGHASI MIDDLETON, | ) |
| Plaintiff, | ) No. 1:18-cv-05099-MHC |
| v. | ) |
| JAMES CALEB ELLIOTT, | ) |
| Defendant. | ) |

**NOTICE OF LEAVE OF ABSENCE**

Comes now, Tanya F. Miller respectfully notifying this Honorable Court, all affected clerks of courts, and all opposing counsel that she will be on leave pursuant to Northern District of Georgia Local Rule 83.1 and Georgia Uniform Court Rule 16. The period of leave during which time Applicant will be away from the practice of law is as follows:

- 9/13/19 -9/27/19     **International Travel**
- 10/2/19-10/7/19      **Travel**
- 11/27/19-11/29/19    **Holiday Vacation**
- 12/23/19- 12/31/19   **Holiday Vacation**
- 1/1/20-1/3/20        **Holiday Vacation**

All affected Judges and opposing counsel shall have ten days from the date of this notice to object. If no objections are filed, the leave shall be granted.

Dated: July 19, 2019.

>Respectfully Submitted,
>
>**/s/ Tanya F. Miller**
>Tanya F. Miller
>Georgia Bar No. 508434
>Attorney for Middleton

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the **Notice of Leave of Absence** upon opposing counsel by the Court's electronic filing system:

>**Laura Murphree**
>**Cobb County Attorney's Office**
>**Marietta, GA**

Dated: July 19, 2019.

>Respectfully Submitted,
>
>**/s/ Tanya F. Miller**
>Tanya F. Miller
>Georgia Bar No. 508434
>Attorney for Middleton